BURBANK, Appellant, v. VAN DAM, Respondent. (Supreme Court, Appellate Division, Second Department. January 11, 1898.) Action by Charles E. Burbank against Victoria Van Dam. No opinion. Order of the county court reversed, with $10 costs and disbursements, on authority of Kellock v. Dickinson, 5 App. Div. 515, 39 N. Y. Supp. 38, and Douglass v. Reilly, 8 Hun, 85.

BURNHAM v. BURNHAM. (Supreme Court, Appellate Division, First Department. February 25, 1898.) Action by Beekman T. Burnham against Emily A. Burnham. No opinion. Motion to dismiss appeal granted. See 45 N. Y. Supp. 1135; 48 N. Y. Supp. 1102.

BURNHAM v. BURNHAM. (Supreme Court, Appellate Division, First Department. February 25, 1898.) Action by Beekman T. Burnham against Emily A. Burnham. No opinion. Motion to dispense with printed papers denied. See 45 N. Y. Supp. 1135; 48 N. Y. Supp. 1102.

BUTLER, Appellant, v. McCORMICK, Respondent. (Supreme Court, Appellate Division, First Department. February 25, 1898.) Action by Bridget M. Butler against John McCormick. S. E. Fairfield, for appellant. C. J. McBurney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BUTLER, Appellant, v. TURBIDY et al., Respondents. (Supreme Court, Appellate Division, First Department. January 14, 1898.) Action by Bridget M. Butler against William Turbidy and others. S. E. Fairfield, for appellant. M. Pendergast, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re BYNUM. (Supreme Court, Appellate Division, Second Department. December 16, 1897.) In the matter of the application of William D. Bynum for admission to practice as attorney and counselor at law in the state of New York. No opinion. Application granted.

In re CAIN. (Supreme Court, Appellate Division, Third Department. January 20, 1898.) In the matter of the application of Michael T. Cain for a peremptory writ of mandamus to the common council of the city of Elmira. No opinion. Order appealed from reversed, with $10 costs and disbursements.

CALLANAN, Respondent, v. CLEMENT, Appellant. (Supreme Court, Appellate Division, Third Department. January 12, 1898.) Action by Amelia S. Callanan against Margaret C. Clement. No opinion. Motion to dismiss appeal denied, without costs to either party. See 42 N. Y. Supp. 514.

CASPER v. DRY DOCK, E. B. & B. R. CO. (Supreme Court, Appellate Division, First Department. January 21, 1898.) Action by Paul Casper against the Dry Dock, East Broadway & Battery Railroad Company. No opinion. Motion denied, with $10 costs. See 48 N. Y. Supp. 352.

CECIO, Respondent, v. LYONS, Appellant. (Supreme Court, Appellate Division, Second Department. February 15, 1898.) Action by Martino Cecio against James Lyons. No opinion. Judgment and order unanimously affirmed, with costs.

CHITTENDEN, Appellant, v. GATES et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 18, 1898.) Action by Horace H. Chittenden, as assignee, against Isaac E. Gates and others. No opinion. Judgment modified by striking therefrom all the directions for the sale of land awarded to plaintiff under the partition on account of the charge of the costs of the defendant Huntington, or of the expenses of the commissioners, and by inserting in lieu thereof a direction that the defendant Huntington have judgment for his costs, and also the expenses and disbursements that he may pay to the commissioners, and that he may have execution therefor, and also a direction that the plaintiff be let into possession of the land awarded him; and judgment further modified by reducing the extra allowance to the defendant Huntington from $1,500 to the sum of $1,000. No costs of this appeal to either party. See 45 N. Y. Supp. 768, 1136.

In re COLER. (Supreme Court, Appellate Division, Second Department. December 16, 1897.) In the matter of the application of Francis Walter Coler for admission as attorney and counselor at law. No opinion. Application granted.

CORBIN, Appellant, v. CASINA LAND CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 15, 1898.) Action by Floyd S. Corbin against the Casina Land Company and others. No opinion. Order resettled by the court, of its own motion, by adding thereto, "And until the execution, approval, and filing of said undertaking, the injunction order heretofore granted by Mr. Justice Dykman is in all respects suspended and shall be inoperative." See 49 N. Y. Supp. 929.

CUTHELL, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1898.) Action by James M. Cuthell against the Metropolitan Street-Railway Company. No opinion. Order reversed, so far as it grants an open commission, and commission on interrogatories directed to issue, with $10 costs and disbursements to the appellant to abide event.

DE LANCEY, Respondent, v. HAWKINS et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 11, 1898.) Action by Elizabeth D. De Lancey against John P. Hawkins, impleaded with Elia D. Hunter and others. No opinion. Motion for reargument denied. The respondent overestimates the effect of an opinion. The true rule is declared in Colonial City Traction Co. v. Kingston City R. Co., 154 N. Y. 493, 48 N. E. 900. See 49 N. Y. Supp. 469.